**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE MIKA OKAMURA V.[1], <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 8:20-cv-01951-SSS-PD <br><br> **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation ("Report") of United States Magistrate Judge. The time for filing objections has expired, and no objections have been made. The Court accepts the Report and adopts it as its own findings and conclusions. For completeness, the Court notes that, to the extent Plaintiff challenges the ALJ's consideration of the medical opinions of Drs. Reid and Han, [*see* Dkt. 22 at 53], the Court has considered Plaintiff's argument and finds the ALJ's decision is supported by substantial evidence.

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

The decision of the Commissioner is affirmed and the action is dismissed with prejudice.

DATED: April 26, 2023

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE